| | |
|---|---|
| 1 | MARC M. SELTZER (54534)    NOTE: CHANGES MADE BY THE COURT |
| 2 | mseltzer@susmangodfrey.com<br>KATHRYN P. HOEK (219247) |
| 3 | khoek@susmangodfrey.com<br>STEVEN G. SKLAVER (237612) |
| 4 | ssklaver@susmangodfrey.com<br>AMANDA BONN (270891) |
| 5 | abonn@susmangodfrey.com<br>SUSMAN GODFREY L.L.P. |
| 6 | 1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067 |
| 7 | Telephone: (310) 789-3100<br>Fax: (310) 789-3150 |
| 8 | *Attorneys for Defendant Alta-Dena Certified Dairy, LLC* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JOSE ROMERO, on behalf of himself and those similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>ALTA-DENA CERTIFIED DAIRY, LLC, a Delaware Limited Liability Company; ALTA-DENA DAIRY, INC; ALTA-DENA CERTIFIED DAIRY, INC. and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. CV 13-4846 MWF (CWx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3), AND TO EXTEND CLASS CERTIFICATION DEADLINE (L.R. 23-3) [11]** |

Upon the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The deadline for defendant Alta-Dena Certified Dairy, LLC to respond to the Complaint shall be extended from July 12, 2013, to July 26, 2013.
2. The deadline for plaintiff Jose Romero to file a motion for class certification pursuant to Local Rule 23-3 is extended, without prejudice to either party's right to seek an additional extension upon a showing of good cause, to October 24, 2013.
3. The Court will issue a separate Order Setting Scheduling Conference upon the filing of defendant's Answer to Complaint. Said Order will set forth the deadlines for the Rule 26(f) conference and report.

**IT IS SO ORDERED.**

Dated: July 12, 2013

_____
Hon. Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE