Joseph Lavi, Esq. (State Bar No. 209776)
jlavi@lelawfirm.com
Leonard H. Sansanowicz, Esq. (State Bar No. 255729)
leonard@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

David M. deRubertis, State Bar No. 208709
David@deRubertisLaw.com
Maria Weitz, State Bar No. 268100
Maria@deRubertisLaw.com
**The deRubertis Law Firm, APC**
4219 Coldwater Canyon Avenue
Studio City, California 91604
Telephone:   (818) 761-2322
Facsimile:    (818) 761-2323

Attorneys for PLAINTIFF Jose Romero,
 on behalf of himself and other members
of the general public similarly-situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROMERO, on behalf of himself and other members of the general public similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALTA-DENA CERTIFIED DAIRY, LLC; ALTA-DENA DAIRY, INC.; ALTA-DENA CERTIFIED DAIRY, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: CV13-04846 R (FFMx)<br>Hon. Manuel L. Real<br><br>**CLASS ACTION**<br><br>**PARTIES JOINT EX PARTE APPLICATION AND STIPULATION TO CONTINUE CLASS CERTIFICATION MOTION FILING DEADLINE BY 22 DAYS** |

PLEASE TAKE NOTICE that Plaintiff Jose Romero ("Plaintiff") and Defendant Alta-Dena Certified Dairy, LLC ("Defendant") (collectively the "Parties") hereby jointly apply to this Court *ex parte* for approval of the Parties' Joint Stipulation to Continue Class Certification Motion Filing Deadline, submitted concurrently herewith as Exhibit A.

Good cause exists to grant the Parties' Joint *Ex Parte* Application. During the last four (4) weeks Plaintiff has been trying to schedule the depositions of witnesses designated to testify on behalf of the Defendant in advance of the deadline for the Motion for Class Certification. Plaintiff had scheduled the depositions for October 15, 2013, and October 16, 2013 but Defendant did not agree to those dates. The depositions will also not take place because 1) Defendant did not want to schedule the depositions until the Court made its Ruling on Defendant's Motion to Dismiss which was heard on **October 7, 2013** and which dismissed two causes of action and therefore narrowed the topics at issue in the depositions that Plaintiff sought to take even before October 7, 2013**;** 2) the witnesses that Defendant intends to designate for the depositions have not been available since October 7, 2013, the date which the Court Ruled on Defendant's Motion to Dismiss; and 3) the earliest that the deponents are going to be available for their depositions is October 24-25, 2013, which is the same date as and one day after Plaintiff's deadline to file his Motion for Class Certification. The depositions are now scheduled for October 28, 2013 and October 30, 2013.

Accordingly, the parties respectfully request that Plaintiff's deadline to file a

Motion for Class Certification be extended until November 19, 2013.

Plaintiff contends that he will be duly prejudiced in the event the class certification motion filing deadline is not continued. Plaintiff states that he has done everything to timely schedule the depositions in order to file his Motion for Class Certification, but unfortunately it hasn't happened. Defendant does not agree with Plaintiff's claim of prejudice but also does not oppose the relief requested herein.

This Application is based upon this Notice, the attached Memorandum of Points and Authorities, the attached Declaration of Joseph Lavi, the pleadings, documents and records on file herein, and upon all such other and further evidence, both oral and documentary, as may be presented at any hearing held on this Application.

Dated: October 17, 2013         Respectfully submitted,

**LAVI & EBRAHIMIAN, LLP**


By: _____/S/_____
        Joseph Lavi, Esq.
        Leonard H. Sansanowicz, Esq.
        Attorneys for PLAINTIFF
        JOSE ROMERO

/ / /

/ / /

/ / /

/ / /

---

**PARTIES JOINT EX PARTE APPLICATION**

3

Dated: October 17, 2013

Respectfully submitted,
**SUSMAN GODFREY L.L.P.**

By: _____/S/_____
    Marc M. Seltzer
    Kathryn P. Hoek
    Steven G. Sklaver
    Amanda Bonn
    Frances Lewis
    Jeremy Brandon
    Attorneys for DEFENDANT
    Alta-Dena Certified Dairy, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PARTIES JOINT EX PARTE APPLICATION**
**5**

# MEMORANDUM OF POINTS AND AUTHORITIES

## 1. INTRODUCTION

Plaintiff's deadline for filing a Motion for Class Certification is currently scheduled for October 24, 2013. Good cause exists to grant the Parties' current request to extend Plaintiff's deadline because Defendant did not agree to schedule the depositions without first obtaining the Court's Ruling on its Motion to Dismiss which was heard on October 7, 2013, as well as the fact that all of the deponents are not going to be available until no later than October 24, 2013, which is the same deadline as filing of Plaintiff's Motion for Class Certification. The depositions are now scheduled for October 28, 2013 and October 30, 2013.

Plaintiff contends that he will not be able to file his Motion for Class Certification without the depositions of the Rule 30(b)(6) witnesses, and will be duly prejudiced if the Motion for Class Certification deadline is not continued. Defendant does not agree with Plaintiff's contention in the preceding sentence but also does not oppose the relief requested herein. The Parties are mindful that extensions are only granted for good cause, however, the circumstances identified above are truly extenuating and present a compelling need for a further continuance.

## 2. FACTUAL BACKGROUND AND ARGUMENT

Plaintiff has been attempting to schedule the depositions of the Rule 30(b)(6)

designated witnesses on certain topics since the beginning of September 2013. Plaintiff had scheduled the depositions for October 15, 2013, and October 16, 2013. However, the depositions will not take place because 1) Defendant did not want to schedule the depositions until the Court made its Ruling on Defendant's Motion to Dismiss which was heard on **October 7, 2013** and which dismissed two causes of action with prejudice, thereby eliminating the need to take certain depositions**;** 2) the witnesses Defendant will designate on the remaining topics have not been available since October 7, 2013, the date which the Court Ruled on Defendant's Motion to Dismiss; and 3) the earliest that the Deponents are going to be available for completion of their depositions is October 25, 2013, which is one day after the date for Plaintiff's deadline to file his Motion for Class Certification.

October 14, 2013, was the first time that Plaintiff was informed that the deponents are going to be available on October 24 and 25, 2013, the latter of which is one day after Plaintiff's deadline to file his Motion for Class Certification. As such, the Parties' immediately filed this ex parte asking the Court to continue the class certification deadline filing date since the depositions are now scheduled for October 28, 2013 and October 30, 2013.

Good cause also exists for the current application because Plaintiff contends that he will not be able to file his Motion for Class Certification without the depositions and will be duly prejudiced. The Parties are jointly seeking Court Order to continue the deadline by 22 days, to November 19, 2013. Consistent with the timing allotted for in

the Parties' Joint Report (Dkt. 32), the opposition to class certification would be due four weeks later on December 19, 2013, the reply brief due three weeks later on January 10, 2014, with the hearing noticed for February 4, 2014.

**3. CONCLUSION**

Based upon the foregoing, the Parties respectfully request an Order approving the Parties' joint stipulation to continue the class certification filing deadline from October 24, 2013, to a date no earlier than November 19, 2013 for a hearing to be noticed for February 4, 2014.

Dated: October 17, 2013         Respectfully submitted,

**LAVI & EBRAHIMIAN, LLP**


By:    /S/
    Joseph Lavi, Esq.
    Leonard H. Sansanowicz, Esq.
    Attorneys for PLAINTIFF
    JOSE ROMERO


Dated: October 17, 2013         Respectfully submitted,
**SUSMAN GODFREY L.L.P.**

By:    /S/
    Marc M. Seltzer
    Kathryn P. Hoek
    Steven G. Sklaver
    Amanda Bonn
    Attorneys for DEFENDANT
    Alta-Dena Certified Dairy, LLC