1
2
3
4
5
6
7
8

NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ROMERO, on behalf of himself and other members of the general public similarly-situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALTA-DENA CERTIFIED DAIRY, LLC; ALTA-DENA DAIRY, INC.; ALTA-DENA CERTIFIED DAIRY, INC.; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: CV13-04846 R (FFMx)<br>Hon. Manuel L. Real<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PARTIES' JOINT EX PARTE APPLICATION AND STIPULATION TO CONTINUE CLASS CERTIFICATION MOTION FILING DEADLINE** |

[PROPOSED] ORDER

1

1
2   The Court having reviewed the Joint Ex Parte Application submitted by Plaintiff
3   Jose Romero ("Plaintiff") and Defendant Alta-Dena Certified Dairy, LLC
4
5   ("Defendant") (collectively the "Parties") and finding good cause for such an order, it is
6   hereby Ordered that the Joint Ex Parte Application and Stipulation to continue the Class
7   Certification Motion filing deadline is Granted.
8
9   The Court hereby Order the continuance of the current class certification deadline
10  from October 24, 2013, to November 10, 2013 for a hearing to be noticed for January
11  13, 2014 at 10:00 a.m.
12  NO FURTHER DELAY
13
14   IT IS SO ORDERED.
15
16  DATED: _October 23, 2013_    _____
17                                Honorable Manuel L. Real
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
2